UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY CLOUSE, | ) 1:04-CV-6545-OWW-SMS |
| Plaintiff, | ) ORDER VACATING DECISION AND ORDER |
| v. | ) DENYING PLAINTIFF'S SOCIAL |
| | ) SECURITY COMPLAINT (DOC. 18) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ORDER VACATING JUDGMENT FOR DEFENDANT ENTERED ON JUNE 28, 2006 (DOC. 19) |
| Defendant. | ) |

The decision and order denying Plaintiff's social security complaint filed on June 28, 2006, and the judgment entered thereon on June 28, 2006, were entered as a result of clerical error; the Magistrate Judge will vacate these orders and proceed by way of findings and recommendation.

Accordingly, the decision and order filed on June 28, 2006, and the judgment entered thereon ARE ORDERED VACATED.

IT IS SO ORDERED.

**Dated:   July 6, 2006**            /s/ Sandra M. Snyder
774hc0                               UNITED STATES MAGISTRATE JUDGE

1