UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY CLOUSE,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | CV F 04 6545 OWW SMS<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATION TO DENY<br>PLAINTIFF'S SOCIAL SECURITY<br>COMPLAINT (DOCS. 1, 21) |

    Plaintiff Dorothy Clouse is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for supplemental security income and/or benefits concerning a period of disability. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

    On July 7, 2006, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Jo Anne B./ Barnhart and against Plaintiff. The findings and recommendation were served on all parties on July 7,

1

2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed July 7, 2006, are ADOPTED IN FULL; and

2. The Plaintiff's social security complaint IS DENIED; and

3. The Clerk of Court IS DIRECTED to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Dorothy Clouse. IT IS SO ORDERED.

**Dated:   August 17, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE